Dismissed and Memorandum Opinion filed August 27,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01170-CV

 

____________

 

KEVIN SMALLWOOD, Appellant

 

V.

 

M-I, L.L.C., Appellee

 

 



On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-33429



 

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 3, 2008. 
On August 19, 2009, the parties filed an agreed motion to dismiss the appeal in
order to effectuate a compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Panel consists of Justices Yates, Frost, and Brown.